# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-3055**　　　　　　　　　　　　　　　　　　　**September Term, 2023**

1:18-cr-00068-BAH-1

Filed On: May 13, 2024 [2054089]

United States of America,

  Appellee

 v.

Michael A. Orji,

  Appellant

# O R D E R

It appearing that this case falls within the purview of D.C. Cir. Rule 47.2(b), it is,

**ORDERED**, on the court's own motion, that the parties adhere to the following schedule:

| | |
|---|---|
| Appellant's Memorandum of Law | June 24, 2024 |
| Appellee's Memorandum of Law | July 15, 2024 |
| Appellant's Reply Memorandum of Law | July 29, 2024 |

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the case for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is also directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

               **FOR THE COURT:**
               Mark J. Langer, Clerk

           BY: /s/
             Emily K. Campbell
             Deputy Clerk